# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tyrone Sifford,

    Plaintiff(s),     JUDGMENT IN A CIVIL CASE

vs.     Case number 3:10CV248-1-MU

FNU Drew,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/3/2010 Order.

Signed: June 3, 2010

Frank G. Johns, Clerk
United States District Court